Case 1:12-cv-02902-NGG-SMG   Document 18   Filed 11/26/12   Page 1 of 1 PageID #: 58

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAE JIN CHOI,

                Plaintiff,

- against -

SANSOOGAPSAN II, INC.,
YUN HWA NO, KEUN KU NO,
JUNG HWAN NO and NA YEON KIM,

                Defendants.

Index No. 12 Civ. 2902 (NG)

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Tae Jin Choi and defendants Sansoogapsan II, Inc., Yun Hwa No, Keun Ku No, Jung Hwan No and Na Yeon Kim, by and through their respective undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.

Dated: New York, New York
         November 26, 2012

LEE LITIGATION GROUP, PLLC

By: _____
    C.K. Lee (CL-4088)
    30 East 39th Street, 2nd Floor
    New York, New York 10016
    Tel.: 212-465-1188
    Fax: 212-465-1181

*Attorneys for Plaintiff*

STEPTOE & JOHNSON, LLP

By: _____
    John D. Lovi (JL-5928)
    1114 Avenue of the Americas
    New York, New York 10036
    Tel.: 212-506-3900
    Fax: 212-506-3950

*Attorneys for Defendants*